NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. BECKER,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3008

---

Petition for review of the Merit Systems Protection Board in case no. NY4324110071-I-1.

---

## ON MOTION

---

## ORDER

The Department of Veterans Affairs moves for a 30-day extension of time, until January 20, 2012, to file its informal response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard A. Becker
    Amanda L. Tantum, Esq.  (Copy of Petitioner's Brief
Enclosed)

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2011

JAN HORBALY
CLERK